IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                          CASE NO.: 3:02cr95/LAC
                                                                          3:06cv79/LAC/MD
STEVEN WATTS
_____

### ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on May 8, 2006, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is ORDERED:

The government's motion to dismiss (doc. 201) is DENIED, and it is directed to respond to the defendant's motion to vacate within thirty days of this order.

DONE AND ORDERED this 8th day of June, 2006.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**