IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                         3:02cr95/LAC
                                3:06cv79/LAC/MD

STEVEN WATTS
_____

## ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on August 11, 2006, pursuant to 28 U.S.C. § 636(b)(1)(B), the Recommendation is adopted as the opinion of the Court.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The motion to vacate, set aside or correct sentence (doc. 197) is DENIED.

DONE AND ORDERED this 12th day of September, 2006.

                                       s/*L.A. Collier*
                                       **LACEY A. COLLIER**
                                       **SENIOR UNITED STATES DISTRICT JUDGE**