AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
### NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Steven Watts ) | Case No: 3:02cr95-005/LAC |
| ) | USM No: 05429-017 |
| Date of Previous Judgment: 24 November 2003  ) | |
| (Use Date of Last Amended Judgment if Applicable) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __364__ months **is reduced to** __294__ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level:  __38__            Amended Offense Level:  __36__
Criminal History Category:  __IV__         Criminal History Category:  __IV__
Previous Guideline Range:  __324__ to __405__ months   Amended Guideline Range:  __262__ to __327__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☒ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated __24 November 2003__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   29 April 2008                                       s/ *L.A. Collier*
                                                                                          Judge's signature

Effective Date: _____                              Lacey A. Collier, Senior U.S. District Judge
               (if different from order date)                               Printed name and title